

KJM

**ORIGINAL**

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*
*OFFICE (808) 541-2850*
*FAX (808) 541-2958*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 07 2020

at 1 o'clock and 22 min. P M
SUE BEITIA, CLERK

January 6, 2020

Deputy Clerk
United States District Court
Clerks Office
300 Ala Moana Blvd. Rm. C-304
Honolulu, HI 96850

MC20-00009 JMS RT

Re: Appointment of Counsel/Henry Malinay

Dear Deputy Clerk:

We are writing to request appointment of counsel for Henry Malinay. Mr. Malinay is under investigation for mail and wire fraud violations related to the operation of a fraudulent mortgage relief scam. Attorney Louis Ching was previously retained by Mr. Malinay regarding this matter, and we have no objection to him continuing on as Mr. Malinay's appointed counsel. I understand that you have received a Financial Affidavit from Mr. Ching on behalf of Mr. Malinay.

We ask that you submit this matter to the Court for the appointment of counsel for Mr. Malinay at your earliest convenience. Thank you kindly for your time and attention to this matter.

With best regards,

KENJI M. PRICE
United States Attorney
District of Hawaii

*/s/ Ken Sorenson*
KENNETH M. SORENSON
Assistant U.S. Attorney

Cc: Louis Ching, Esq.